452 A.2d 1106

First Valley Bank v. Fiddler's Elbow, Inc., Appellant.

Sentry Savings & Loan v. Fiddler's Elbow,
Inc., Appellant.

Submitted February 22, 1982. Mark S. Refowich, for appellant; Earl T. Stamm, for appellees.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

The orders of the learned Northampton County Common Pleas Court Judge Franklin S. Van Antwerpen are affirmed.

452 A.2d 1107

Graham, Sr. et al., Appellants v. Today's Spirit et al.
Petition for Allowance of Appeal Granted Feb. 2, 1983.

Argued April 22, 1981. Robert D. Culp, appellants, in propria persona; Robert S. Staats, for appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order affirmed.